■ LINDA CAHILL, Appellant, v JOSEPH RYAN, Respondent. [699 NYS2d 8] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered July 8, 1998, which granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, with costs.

Assuming arguendo that defendant attorney committed legal malpractice by advising plaintiff to invoke her Fifth Amendment right to remain silent, the record demonstrates that such malpractice was not a proximate cause of plaintiff's harm and, accordingly, that plaintiff, herself an attorney, may not recover for it. It is manifest from the record that the plaintiff in the underlying civil securities fraud action would have pressed the allegedly injurious legal claims against plaintiff herein based on documentary proof obtained through discovery even if plaintiff herein had not invoked her Fifth Amendment right at her deposition (see, Levine v Lacher & Lovell-Taylor, 256 AD2d 147, 149). Concur—Williams, J. P., Mazzarelli, Rubin, Saxe and Buckley, JJ.

■ YESHIVA CHAYAI DOVID, Appellant, v B'NAI BRITH YOUTH ORGANIZATION, Respondent. [698 NYS2d 465] —Order, Supreme Court, New York County (Alice Schlesinger, J.), entered on or about July 22, 1998, as corrected by order entered on or about August 13, 1998, which granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The motion court correctly held that plaintiff suffered no injury from the alleged deductions and late payments in tuition made by the Israeli government to various educational institutions in Israel, and that it therefore lacks standing to recover those payments. The motion court also correctly held that because plaintiff's right to designate students for scholarships has terminated, it can no longer make the 31 designations it neglected to make while that right was still alive. We have considered and rejected plaintiff's other arguments, including that the motion for summary judgment was untimely. Concur—Williams, J. P., Mazzarelli, Rubin, Saxe and Buckley, JJ.